## Moses Marx v. Elizabeth Hilsendegen.

*Embezzlement—Cross-examination—Statute of limitations.*

In trover for converting pension money collected by defendant there is no error in refusing to allow a witness for the plaintiff to be cross-examined as to whether he had never been arrested for conspiring to procure fraudulent pensions.

Refusing on the trial to allow defendant to interpose the statute of limitations is not error.

Error to the superior court of Detroit.    Submitted June 17.    Decided June 22.

TROVER, begun by *capias ad respondendum* sued out by Elizabeth Hilsendegen against Marx, upon an affidavit setting forth that affiant's son having enlisted during the war, became entitled to a bounty, and that he died and affiant applied for its payment through Eugene Fecht; that the bounty was paid to Marx upon a government certificate to which he had obtained affiant's signature, and that Marx fraudulently retained the money; that affiant had not learned that the money had been so paid until a few months before beginning this action.

Fecht, being called as a witness for the plaintiff testified that he was her attorney in her claim for bounty; that he had notified her that her claim had been allowed and had delivered to her the letter from the second auditor' of the treasury department, enclosing the certificate of the amount due and to be paid to her or to her order; that he had not delivered to her the certificate but had given it to Marx, who paid him his fees.   On cross-examination he was asked if he was ever arrested for conspiring with others to procure fraudulent pensions from the United States Government, and the question was excluded.   Plaintiff had judgment and defendant brings error.   Affirmed.

*M. B. Breitenbach* and *Chas. E. Miller* for plaintiff in error.

*Grece & Henssler* for defendant in error.   Defendant should not be allowed to plead the statute of limitations after plaintiff has closed his case:   Comp. L. § 5794; Green's Prac. (1st ed.) 108; *Rosenbury v. Angell* 6 Mich. 508; *McHardy v. Wadsworth* 8 Mich. 349.

MARSTON, C. J.   There was no error in sustaining the objection made to the question asked the witness Fecht on cross-examination.   *Bissell v. Starr* 32 Mich. 299.

The court very properly denied defendant, during the trial, the privilege of then interposing the plea of the statute of limitations in defence of the plaintiff's claim. To have permitted this under the circumstances would have been gross injustice to the plaintiff.

There was evidence tending to show that Marx had collected this money. The case was fairly submitted and the judgment must be affirmed with costs.

The other Justices concurred.